UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80705-CV-MIDDLEBROOKS/Brannon

COMPASSIONATE HANDS, LLC, a
Florida Limited Liability Company, JAMES L.
HANSON, and LARRY R. WEAVER,

    Plaintiffs,

v.

SENIORS HELPING SENIORS, LLOC, a
Delaware limited liability company, PHILIP
YOCOM, and KIRAN YOCOM,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (without prejudice), filed August 24, 2018. (DE 18). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 27 day of August, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:    Counsel of Record